960 F.2d 154
 NOTICE: Federal Circuit Local Rule 47.8(b) states that opinions and orders which are designated as not citable as precedent shall not be employed or cited as precedent. This does not preclude assertion of issues of claim preclusion, issue preclusion, judicial estoppel, law of the case or the like based on a decision of the Court rendered in a nonprecedential opinion or order.
Roberto ENONG, Petitioner,
v.
SECRETARY, DEPARTMENT OF VETERANS AFFAIRS, Respondent.
 No. 91-7069.
 United States Court of Appeals,
Federal Circuit.
 Feb. 28, 1992.
 
 Before PLAGER, Circuit Judge, COWEN, Senior Circuit Judge, and LOURIE, Circuit Judge.
 ORDER
 PLAGER, Circuit Judge.
 
 
 1
 The Secretary of the Department of Veterans Affairs moves to waive the requirements of Fed.Cir.R. 27(d) and to dismiss Roberto Enong's petition for review for lack of jurisdiction. Enong has not filed a response.
 
 
 2
 In response to Enong's inquiry regarding benefits based on Enong's deceased father's life insurance policy, the Veterans Administration regional office informed Enong that the proceeds had been paid to the recognized legal widow of the veteran and that Enong's mother had never been eligible for such benefits. Enong apparently seeks review of that letter here.
 
 
 3
 This court does not have jurisdiction to review Enong's petition. Pursuant to the Veterans' Judicial Review Act of 1988, this court may review decisions of the Court of Veterans Appeals, 38 U.S.C. 7292, and may review certain actions of the Secretary. 38 U.S.C. 502. With regard to the former, Enong is not seeking review of a decision of the Court of Veterans Appeals. With regard to the latter, judicial review is limited to the Secretary's actions concerning the promulgation or publication of agency rules and regulations. Enong is not challenging the promulgation or publication of agency rules or regulations.
 
 
 4
 Accordingly,
 
 IT IS ORDERED THAT:
 
 5
 (1) The Secretary's motion to waive the requirements of Fed.Cir.R. 27(d) is granted.
 
 
 6
 (2) The Secretary's motion to dismiss is granted.